IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDY THOMPSON,

    Plaintiff,

v.

WALKER P. INMAN, III,

    Defendant.

Case No. 6:22-cv-01665-MK

**ORDER**

**MCSHANE, Judge**:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 40), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 40) is adopted in full. Plaintiff's Motion for Judgment on the Pleadings (ECF No. 27) is DENIED.

IT IS SO ORDERED.

    DATED this 6th day of July, 2023.

                                      /s/ Michael J. McShane
                                        Michael McShane
                                 United States District Judge